IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:17CR244 |
| vs. | ) | |
| MELISA HAMLING, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on Defendant's Unopposed Motion to Continue Trial [20] and Amended Unopposed Motion to Continue Jury Trial [21]. The parties are attempting in good faith to resolve the matter and require additional time to negotiate the terms of a plea agreement. In addition, counsel recently received information pertinent to a plea determination which needs to be reviewed and shared with Defendant. Defendant's counsel represents that Defendant consents to the motion and acknowledges she understands that the additional time may be excludable time for the purposes of the Speedy Trial Act. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [20] and Amended Unopposed Motion to Continue Jury Trial [21] are granted, as follows:

1. The jury trial, now set for December 4, 2017, is continued to **March 5, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 5, 2018**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** November 29, 2017.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**